MERCATO ELISIO, L.L.C.   *   NO. 2022-CA-0228

VERSUS   *   COURT OF APPEAL

CITY OF NEW ORLEANS,   *   FOURTH CIRCUIT
NEW ORLEANS HISTORIC
DISTRICT LANDMARKS   *   STATE OF LOUISIANA
COMMISSION AND JOHN
DEVENEY   *

   *

* * * * * * *


*JCL*   **LOBRANO, J., CONCURS IN THE RESULT**